FILED

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

2019 OCT -7  AM 11: 50

Fort Myers DIVISION

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

KEVIN JORDAN

        Plaintiff,

v.

Case Number: 2:19-cv-724ftm-38NRM

(TO BE SUPPLIED BY Clerk's Office)

REBECCA KAPUSTA, Secretary,

Department of Children and Families,

KRISTEN KANNER, Director,

Sexually Violent Predator Program,

MIGUEL DE LA O, Circuit Judge,

KATHERINE FERNANDEZ RUNDLE, State Attorney,

AUDREY FRANK APONTE, Assistant State Attorney,

PENNY KIM., Defense Attorney, and

CARROLE DEPASS, Psychologist, at Florida Civil Commitment Center,

All sued in their Individual and Official Capacities,

        Defendant(s).

## CIVIL RIGHTS ACTION / COMPLAINT

**PLACE OF PRESENT CONFINEMENT:**    Florida Civil Commitment Center.

**HAVE YOU HAD YOUR JIMMY RYCE TRIAL:**    Yes (X)    No ( )

TO THE EXTENT THAT THERE ARE ADMINISTRATIVE REMEDIES AVAILABLE AT THE CIVIL COMMITMENT CENTER, WHAT STEPS HAVE YOU TAKEN AT THE FCCC IN ATTEMPT TO REMEDY THE ALLEGED VIOLATION(S):    Plaintiff

is not required to file a grievance prior to bringing a Civil Rights Action / Complaint, against these Defendants, and the following matters cannot be resolved by virtue of the grievance procedure.

**PARTIES:** In Part A of this section, indicate your full name in the first blank and your full mailing address in the second blank.

**Part A:**

**Name of Plaintiff:** Kevin Jordan, # 991503

Mailing Address: Florida Civil Commitment Center
13619 South East Highway 70
Arcadia, Florida 34266

In Part B of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed.

**Part B:**

**Name of Defendant:** Mrs. Rebecca Kapusta
Official Position: Secretary
Employed At: Department of Children and Families
Mailing Address: 1317 Winewood Boulevard, Building 6,
Tallahassee, Florida 32399

**Name of Defendant:** Mrs. Kristen Kanner
Official Position: Director of SVP Program
Employed At: Department of Children and Families
Mailing Address: 1317 Winewood Boulevard, Building 6,
Tallahassee, Florida 32399

**Name of Defendant:** Mr. Miguel De La O
Official Position: Circuit Judge
Employed At: Eleventh Judicial Circuit
Mailing Address: 1351 N.W. 12 Street
Miami, Florida 33125

| | |
|---|---|
| **Name of Defendant:** | Mrs. Katherine Fernandez Rundle |
| Official Position: | State Attorney |
| Employed At: | Eleventh Judicial Circuit |
| Mailing Address: | 1350 N.W. 12 Avenue |
| | Miami, Florida 33136 |
| | |
| **Name of Defendant:** | Mrs. Audrey Frank Aponte |
| Official Position: | Assistant State Attorney |
| Employed At: | Eleventh Judicial Circuit |
| Mailing Address: | 1350 N.W. 12 Avenue |
| | Miami, Florida 33136 |
| | |
| **Name of Defendant:** | Ms. Penny Kim |
| Official Position: | Defense Attorney |
| Mailing Address: | 1350 N.W. 11 Avenue |
| | Miami, Florida 33136 |
| | |
| **Name of Defendant:** | Mrs. Carrole Depass |
| Official Position: | Psychologist |
| Employed At: | Florida Civil Commitment Center |
| Mailing Address: | 13619 South East Highway 70 |
| | Arcadia, Florida 34266 |

**STATEMENT OF CLAIMS:** DEFENDANTS VIOLATED PLAINTIFF'S CONSTITUTIONAL AND STATUTORY RIGHTS TO PROPER ANNUAL REVIEWS OF HIS INVOLUNTARY CIVIL COMMITMENT BY REPEATEDLY RECOMMENDING CONTINUED TREATMENT WITHOUT CONDUCTING MENTAL HEALTH EVALUATIONS AND RISK ASSESSMENTS TO ACTUALLY DETERMINE WHETHER PLAINTIFF NEEDS MENTAL HEALTH TREATMENT.

STATEMENT OF FACTS:

1. On March 5, 2014, a Petition was filed by **Katherine Fernandez Rundle** and **Audrey Frank Aponte** (State Attorney and Assistant State Attorney) under the Jimmy Ryce Act (JRA), alleging Plaintiff to be a sexually violent predator.

2. As a result, on July 15, 2014, the Plaintiff was transferred from the custody of the Florida Department of Corrections (FDOC) to the Florida Civil Commitment Center (FCCC), in Arcadia, Florida.

3. On April 30, 2015, the Plaintiff exercised his statutory and constitutional rights to a jury trial and the jury rendered a unanimous verdict finding Plaintiff to be a sexually violent predator.

4. On April 30, 2015, the Plaintiff was commitment to the custody of the Florida Department of Children and Families (FDCF) by an Order of the Eleventh Judicial Circuit, in and for Dade County, Florida, that was issued by **Miguel De La O** (Circuit Judge) for long term care and treatment and afterwards the Plaintiff was subjected to annual reviews, per statute.

5. Per clearly established law **Rebecca Kapusta** and **Kristen Kanner** (Secretary and SVP Director of FDCF) were required to conduct yearly mental health evaluations and risk assessments on the Plaintiff and to submit same to **Miguel De La O** (Circuit Judge) to decide whether Plaintiff would pose a risk to the community if released; but they failed to do so.

6. Likewise, per statute, **Penny Kim** (Defense Attorneys) was required to have an independent psychologists or psychiatrist conduct a mental health evaluation and risk assessment on the Plaintiff and to submit same to **Miguel De La O** (Circuit Judge) to decide whether Plaintiff would pose a risk to the community if released; but they failed to do so.

7. Within the past five (5) years **Carrole Depass** (FCCC Psychologists) that compiled Plaintiff's treatment progress reports, recommended continued treatment, but did not conduct

mental health evaluations and risk assessments to meet the burden of proving to **Miguel De La O** (Circuit Judge) that Plaintiff was likely to reoffend if released from institutional care.

8. The treatment progress reports were used as the sole instrument for **Miguel De La O** (Circuit Judge) to determine whether Plaintiff was likely to sexually reoffend, and that allowed hearsay alone to permanently foreclose Plaintiff's release; in contravention with the JRA.

9. The foregoing due process violations were committed by **Katherine Fernandez Rundle** (State Attorney), **Audrey Frank Aponte** (Assistant State Attorney), **Miguel De La O** (Circuit Judge), **Penny Kim** (Defense Attorney), and **Carrole Depass** (FCCC Psychologist), on a yearly basis, resulting in Plaintiff's unlawful deprivation of liberty, in contravention with the JRA.

10. Defendant **Carrole Depass**, submitted treatment progress reports to **Miguel De La O** (Circuit Judge) suggesting that Plaintiff needed treatment but she never conducted the necessary mental health evaluation and risk assessment to determine whether Plaintiff was likely to sexually reoffend or not.

11. Defendants **Rebecca Kapusta** and **Kristen Kanner** are required to make sure that a qualified professional conducts an examination of Plaintiff's *current* mental condition — ON YEARLY BASIS — but they failed to comport with their clearly established legal duty.

12. Defendants **Katherine Fernandez Rundle, Audrey Frank Aponte, and Carrole Depass** submitted treatment progress reports to **Miguel De La O** (Circuit Judge) and affirmatively misled him to believe that mental health evaluations and risk assessments were conducted and that Plaintiff needed continued treatment; resulting in Plaintiff's deprivation of liberty, by a method of fraud.

13. Defendant **Miguel De La O** (Circuit Judge) should have requested proof of mental health evaluations and risk assessments prior to making his annual judicial findings that Plaintiff still met criteria for continued treatment, but he failed to do so, resulting in Plaintiff's deprivation of liberty

without due process of law and double jeopardy; cause absent the mental health evaluation and risk assessment the detention stops being civil.

14.     The JRA commitment is good for one (1) year. At the end of the year the Defendants must prove that Plaintiff still has a mental abnormality and personality disorder to recommit him. This task requires a mental health evaluation and risk assessment, ON A YEARLY BASIS, and that's exactly what the Defendants have failed to do; *resulting in Plaintiff's false imprisonment.*[1]

**RELIEF REQUESTED:**     Plaintiff is requesting one billion dollars ($1,000,000,000.00) in compensatory and punitive damages from the Defendants *in their personal and official capacity* for the Unconstitutional deprivation of his liberty and for the mental distress that they imposed upon him, as shown in paragraphs 1-15, supra. Plaintiff is also requesting declaratory judgment from this Honorable Court in relation to his rights and annual review procedures under the JRA (renamed as the Sexual Violent Predator Act) *and demands a trial by jury.* Any and all further relief as deemed just, proper and equitable by this Honorable Court.

Respectfully Submitted,

Mr. Kevin Jordan, # 991503
Florida Civil Commitment Center
13619 South East Highway 70
Arcadia, Florida 34266
Plaintiff Pro'se

---

[1] This was done to all civilly committed residents of the Florida Civil Commitment Center.

OATH:

STATE OF FLORIDA

COUNTY OF DESOTO

Before me, the undersigned authority, personally appeared Kevin Jordan, who was sworn and says that he read the foregoing Complaint and its contents are true and correct.

Subscribed and sworn before me on OCT 21, 2019.

CHERYL D. DICKS
Notary Public - State of Florida
Commission # GG 324973
My Comm. Expires Jul 30, 2023
Bonded through National Notary Assn.

/s/ Cheryl D. Dicks

Notary Public